## ARTHUR HANEY v. THE STATE.

No. 9662.   Delivered November 25, 1925.

**Possessing Equipment for Manufacture of Intoxicating Liquor—Appeal Dismissed.**

Upon the written request of appellant, duly verified by his affidavit, this appeal is dismissed.

Appeal from the District Court of Rains County. Tried below before the Hon. J. M. Melson, Judge.

Appeal from a conviction for possessing equipment for the manufacture of intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the possession of equipment for the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

Upon the written motion of the appellant, duly verified by his affidavit, the Court is requested to dismiss the appeal. The motion is granted and the appeal is dismissed.

*Dismissed.*